**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7384

EMMANUEL LEE MCGRIFF EL,

Plaintiff - Appellant,

v.

CENTRALIZE INFRACTION BUREAU; NORTH CAROLINA SUPERIOR COURT; STATE OF NORTH CAROLINA; DEPUTY A. COX; SERGEANT M. BLEYER; DEPUTY J. LEGG; DEPUTY T. SMITH; DEPUTY T. GRAY; DEPUTY P. DURHAM; GASTON LOPEZ; OFFICER C. WIGGINS; OFFICER T. ALBAUGH; OFFICER M. PARKS; OFFICER A. GUSTAVSON; OFFICER A. BRODEN; OFFICER A. KEEFER; OFFICER S. BOSTIC; OFFICER JASON SASSER; OFFICER J. BATCHELOR; OFFICER G. T. LAWS; CHIEF DEPUTY LARRY M. PIERCE; SERGEANT  IRBY; SUPERVISOR Z. KINLAW; DEPUTY B. R. CROKER; JUDGE WILLIAM BLAND; CHIEF D.A. MATTHEW DELBRIDGE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03311-D-RJ)

Submitted:  March 21, 2023                                    Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emmanuel Lee McGriff El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Lee McGriff El appeals the district court's order dismissing as frivolous his request to remove his state criminal proceedings to federal court. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because McGriff El's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*